Del Carlos Jacobs 341-534
Plaintiff
14100 McMullen Hwy
Cumberland, MD 21502

V

Warden Bobby Shearin,
Colin Ottey, Janette
Clildlore, William Beares,
Greg Fluey Et, Al.
Defendants

In the United States
District Court for the
District of Maryland

Civil Action No

AW-13-

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

I   Jurisdiction
Venue.

MAR 22 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

1) This is a Civil Action Authorized by 42
U.S.C. Section 1983 to Redress the depri
vation, under Color of State Law, of
Rights Secured by the Constitution of
the United States. the Court has jurisdi
ction under 28 U.S.C. Section 1331 And
1343(a)(3). Plaintiff SEEKS Cleclaratory
Relief pursuant to 28 U.S.C. Section 2201
And 2202. Plaintiff's Claims for injunctive
Relief are Authorized by 28 U.S.C. Section
2283 + 2284 And Rule 65 of the Federal
Rules of Civil Procedure.

2) the Maryland Courthouse is the Appropriat
n Venue under 28 U.S.C Section 1391(b)(2)

because it is where the events giving rise to this claim occurred.

(3) Plaintiff files this claim under the "known but Danger Exception"

(4) The effect of the practices complained of below has been to deprive plaintiff of his civil Rights and otherwise adversely affect him.

(5) The Plaintiff has exhausted his procedural Administrative Requirements

(6) The unlawful practices complained of below were and continue to be intentional.

Plaintiff

(7) Plaintiff Del Carlos Jacobs 341-334 is a citizen and Resident of Maryland, Plaintiff is currently incarcerated at North Branch Correction al institution (N.B.C.i) which is located in Cumberland Maryland.

Defendants

(8) Defendant Bobby Shearin is the warden of North Branch Correctional institution. (N.B.C.i) He is legally responsible for the operation of N.B.C.i and for the welfare of all the inmates of that prison.

(9) Defendant William Beaven upon information and belief is the Medical director or coordinator at N.B.C.i. working Individually and as an Actual and/or Apparent Agent servant and/or Employee of Corizon. upon information and belief are Beaven duties include but are not limited to. (a) assigning the Appropriate healthcare providers to patients. (b) Ensuring patients complaints are addressed appropriately. and (c) responding appropriately to patients sick calls.

(10) Defendant Janice Gilmore upon information and belief is the nursing director or coordinator at N.B.C.i working Individually and as an Actual and/or Apparent Agent servant and/or Employee of Corizon. upon information and belief are Gilmore duties include but are not limited to (a) assigning the Appropria

the nursing staff (b) ensuring providers orders and prescriptions are followed (c) answer complaints when filed by patients.

(11) Defendant A. Joubert MD. is a duly licensed physician authorized to practice medicine and is the Head Doctor operating both Western Region prisons in Maryland Western Correctional institution (WCI) and North Branch Correctional institution (N.B.C.I.) Individually and as an actual and/or apparent Agent servant and/or employee of Horizon. Mrs Joubert was tasked with providing adequate medical care and treatment to the plaintiff at W.C.I.

(12) Defendant Colin Ottey MD is a duly licensed physician authorized to practice medicine and working at NBCI. Individually and as an actual and/or apparent agent servant and/or employee of Horizon. Dr Ottey was tasked with providing medical care and treatment to the plaintiff at NBCI.

(13) Defendant Doe Espina M.d is a duly licensed physician authorized to practice medicine and working at W.C.I Individually and as an actual and/or apparent agent servant and/or employee of Horizon. Dr Espina was tasked with providing medical care and treatment to the plaintiff at W.C.I.

(14) Defendant Greg Flury p.a.c is a duly licensed physician assistant authorized to practice medicine and working at NBCI Individually and as an actual and/or apparent agent servant and/or employee of Horizon Mr Flury was tasked with providing medical care and treatment to the plaintiff.

(15) Defendant Kristina "Doe" medical records tech. is duly licensed medical records clerk working at N.B.C.I Individually and as an actual and/or apparent agent servant and/or employee of Horizon, Ms Kristina "Doe" was tasked with providing treatment to the plaintiff.

(16) Defendant Horizon Inc. is a private contractor engaged in the business of providing healthcare services at NBCI. At all times mentioned Horizon is engaged in promulgating policies and protocols relating to healthcare services at NBCI. In addition Horizon is responsible for implementing and adhering to these policies and protocols as well as training physicians, nurses, and other healthcare staff. At all times relevant Horizon employeed more than twenty five (25) employees and otherwise met the jurisdictional prereq uisites of section 1983.

* Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under color of state law. *

                    Facts.

(17) Back in April 4 2011 I sprung my right ankle while playing basketball in the yard of N.B.C.I. I saw nurse Pluey who ordered me to have an x-ray done (2) days later I was told it was just a very bad sprain to just give it time and I be able to routine doing things I explained I was in very very very severe.

Pain, that Motrin was not Helping.

(18) Now in "May" Because My Foot still Looked Like (2) baseballs I Asked For Another X-ray And Requested For Stronger Pain meds Cause I Continued to be in Pain, And From the way My Ankle was still swollen some thing Had to Be Wrong, I Explained all this to Drottey, On May 9. 2011 New X-rays were Done But Nothing Stronger For Pain.

(19) Now As of May 9, 2011 I was Putting in Sick Calls Asking For the Results Of those X-rays. Also Asking why My Ankle was Still in Pain, And Extremely swollen, that it Hurt to walk, I Couldn't Place Any Pressure on it At All, I Filled out well over 19 Sick Calls And Had 13 Follow-ups By Dr Ottey, And PA Flury no one Could Find the Recent X-ray Results, But they Both Believe Nothing is wrong, that I should Report to work And Stop Showing Favor to the Ankle, Do things on it Exercise on it.

(20) Upon Information And Belief the X-ray Tech

who did the X-ray no one would find was
fired from her job, and alot of the x-rays
and files she had were misplaced or lost
-d, this nurse still remains a jane doe to
me even after requesting several times for
to be revealed to me.

(21) Now towards the end of stay I'm still being
told nothing is wrong with your ankle, I'm
explaining to Greg flury and Dr Otley that
my is unstable and it gives out on me, they
told me I need to exercise it, to stop putt-
-g in sick calls, and from than the defendant
began treating me as a nuisance or bother
I continued to complain of pain but no
"effective" pain medicine was given to me.

(22) Now on Sept 10, 2011, following the advice of
both Dr Otley and Greg flury I try to jog
the yard lightly after 30 to 40 steps my
right ankle completely gives out on me.

(23) Once again I see dr Otley who orders me
to have another X-ray at w.c.i. this Sept 12,
2011 on Sept 22, 2011 that X-ray showed "an

Old injury to an old Acute Fracture" the issue
4 is stay that these Defendants Continuously
told me was a really bad sprain. And that
there was no Fracture and nothing was
seriously wrong.

24) Poor stay until correct time I explained
to these Defendant my pain level was an
eight to a nine, that the pain in my ankle
would keep me up at night, stop me from
walking around in the day, and during times
when the pain was so severe my entire
leg hurt to the point I wish it was cut
off. And now a mere 5 months later and
me continuously enduring it was revealed
I had an Acute Fracture, these defendants
failed to accurately read the first x-ray.

25) After this I was ~~constant~~ given crutches
and more Ibuprofen for pain, which did
nothing to sooth my throbbing ankle and
caused me stomach pain. I continued
complaining of pain but no stronger or
"effective" pain meds were given.

26) Next Abruptly And without Explanation
My Crutches were Confisicated, And I was
given A Black Boot To Place over My foot
And walke I immediately Explained this
Caused Discomfort, And Pain when I placed
pressure on my Ankle,

27) Only After I placed An Administrative Reme
dy procedure (A.R.p.) Complaint to the warden
Bobby Shearin I was placed on A waiting
List to Bon Secours Hospital to be seen.

28) When I saw Dr Ashok Kreishnaswasy At
Bon Secours Hospital I was told that
Because of Continued walking on My Right
Ankle All your Ligaments Are torn And you
now need Surgery A.s.A.p. Dr Ashok Explain
ed No one should Have told Me it was
Nothing wrong nor no one should Have told
you it would be Okay to walk on your Ankle.

29) I Had Surgery on Feb 2, 2012 I was suppo
se to be placed in the infirmary until
My Next follow, But over the weekend while
I was Housed At Jail which is A Hold over

stop where prisoner's stay waiting to return to the western region) I was made to "walk" immediately after surgery, the team found to get my dressings changed and pain meds. Now the Doctor's order was for me to "remain" bed ridden keeping the extremity elevated, now because of this walking and with every step it is if my 43 stitches had torn or had popped.

(30) Once back in the Cumberland Region I was placed in the infirmary at Western Correctional Facility (further mention as W.C.i.) Also note N.B.C.i. Does not have a institutional infirmary of its own so prisoner's of NBCi are Housed there". Once there I informed Dr Joubert that I was made to walk and I believe my stitches had popped, and that there is excrutiating pain in my ankle." She explained to me they were not torn, and when I tried to show her or continued insisted that they had popped, she became frustrated, and was adament they were intact. As far as my pain she told me it was just Lightness

from the stitches and done the freshness
of surgery wears off it will subside she
this readed the sick call.

Note: this sick call with Dr. Jouebeet was
13 days after my surgery.

(31) now on my follow-up with Dr. Ashok Tugeni
Later (when his order called for 2-3 weeks)
at Boo Setdour Hospital he told me all my
stitches were removed and Ashed me who
did it. He said it was order by Him to Be
the one to take these out, I told Him How
that I HAVE Been made to walk, I told I'm
sure thats How my stitches where out, Dr.
Ashok this assigned me a walker, and Done
stated that he didnot restove my stitches.

(32) since I was now assigned a walker and
walkee's are not allowed in WRAI and Due
to the De Jouebeet and De zispisa replying
to send me to WRAI without my walker
H wrote Sre Jon? wareiy about the situaze,
and, and H was transferred to W.R.i.
with the walker.

(33) Now I'm transferred over where my "wound" is still open and instead of being housed in the Infirmary, I'm moved to Housing Unit (3) in a Medical Cell. But was made to walk (2) times a day to get dressings changed (3) times a day to get pain meds and whenever I had to eat, attend a sick call etc... I'm being made to do all this while the wound from my surgery continues to bleed. And the bleeding wasn't drop it was a study flow of blood. None of these Defendants Dr. Joubert, nor Dr. Espina found it necessary to follow Dr. Ashok order from Boo School which was as follow: keep extremity elevated, no exercising or "streneous" activity, apply ice to operative site, and use of brace when standing. I explained to these Defendants and showed them my wound was bleeding. Dr. Joubert and Dr. Espina Both told me it was healing fine. I explained to them it is still bleed cause I think something is wrong from me being made to walk.

34) Now Because of this I was writting sick

will after that, step after step had once again I wrote Jon P. Torrey to address the issue of my treatment. inside the letter I explained everything I explained to these defendants that my medical orders were not being followed. My wound was open and bleeding, and the pain associated with the not getting treatment I was recieving.

35) On June 11, 2012 I was talked to speak with the nurse Slager (see Bradley) with, he instead ed she "see Jon P. Torrey had recieved my letter, and wanted him to have size signs something stating my treatment was being addressed, and he would be looking into the medical issues to ensure they will be addressed, I had being request a wheel chair, I use the slightest touch of ankle to the ground was causing pain that felt worse then being on fire" I couldn't take it. that day after the bleeding I was giving a wheel? chair, I also explained my wound from surgery was still bleeding, I also complained to the Bradley that I had filed 5 are transferring being made to walk

And the pain I was in, And How those SRP were either ignored or dismissed.

36) Misteriously the next day After this Meeting I was placed in A "isolation cell" (note: isolation cells are used to watch suicidal and/or disruptive prisoners My Behavior didn't Display Either) when I inquired As to why I was Being placed inside the cell I was told it was from the security chief thomas. Because Medical said I was playing with My wound, I was Housed in this isolation cell for 26 days without Any property, No pain, And still with A open wound.

37) On the 26 day I was told sign off for paper Releasing Me from use of walker And I would leave the cell And would Be sent Back to UBII, As to which I Refused, I was Released from the cell And placed Back in unit 3 with A wheel chair And walker.

38) Finally it was Approved or so I was told

for me to Return to N.BTI. with the walk-
er this was July 5 2012 I was placed in a
medical Cell with the walker and put on
feed in status Basically no movement "ELL"
Now on SEPT 20.2012 my walker was taken
from me Because NBTI medical staff
Dr Otey, PA flury, Bill Beasley, ms Kilmore
never wrote the paperwork for me to have
it". So now once again I was Being forced
to walk unassisted. I filed an Rep it was
dismissed.

39) Now from the Last Date mentioned above in
Lil 1-17-13 I have Been subjected to these
Defendants "not following medical orders st-
opping pain meds, forcing me to walk injured
and treating me as a bother instead of a
patient.

40) Now on 1-17-13 I finally had same day sur-
gery to bring down the swelling to my
Right ankle It Boo serious Because of
walking on it, After surgery i was told
the stitches would be removed in (10) days
But they were not removed until 2/18/13

"Dr Otteys words to me were I do not know why they are still in I requested to have these removed!" He also stated "I put the order in when I saw you on 1.23.13.

NOTE: Also Because of the stitches Being in to long I now have a Big Bruise or Skin disdoloration on the outside of my right ankle when saw by Dr Ashok at Bon secour He was upset about this.

4) Now 1-17-13 my doctors orders foer Bon secour Hospital at discharge where as follow ws 1) Care for Incision 2) Dressing change (9) days 3) apply ice to operative site (30) days 4) May shower in (2) days 5) keep Extreamity Elevated (30) days 6) No Exterisiog or strenuous activity for (30) days 7) Remove stitches in (10) days 8) use of cane at all times for standing. The Doctor who "performed my surgery" Deem -ed that this is what was suppose to Be follow after my surgery, No one should cha nged or denied me this order, nor even percie ved them as unsuitable.

42) 1/22/2013   I Retrieved Paperwork for Bottom Bunk, Bottom Tier status, use of Cane only when walking, use of Handicap Stall Assible Shower, Pillow All for (6) Months And No Work status.

43) Now I Requested a Medical Cell because I Need a Cane for standing, And Canes Are Not Allowed in Cells in this Person so I Have No stable Support when inside My Cells And this issue still exist As I write this Claim, I Have not Recieved One or two Extra Pillow to keep My Extra Mity Elevated As Directed. Now it is obvious to see a Layperson, so it is definitely obvious to these Defendants My Need for a Medical Handicap Cell Because those Cells providing Rails inside of them to provide support when standing inside the Cell.

44) Now not to Confuse this Court But i Must go Back to a Meeting I Had on 8/29/2012 And I Explained All My issues to Bill Beasten who is the Director of Medi.

-that He never Looked into any of my Complaints and Continued to Allow my treatment to Be as stated throughout this Claim.

45) Everyday I've Been Requesting For my Medical File From Ms. Kristina "Doe" (medical Records Tech.) I've Filed Complaints and Wrote Bill Beason and spoke to Ms. Kristina "Doe" myself about the need of my Medical Records, She Has Continuously Refused My Request to them.

Note upon Information and Belief I am not the prisoner who experiences this From Ms. Doe, its as if she intentional Denies Requests for Records Cause she Wants to Hinder or even Bar prisoner's From Filing Claims, knowing a prisoner's Medical File is the most definite proof a prisoner Has to support His Claims when Filing to this Court, I've still not Being given Access.

46) At All times pertinent to this Clause.

of Action, the defendants were acting under Color of State law.

## Failure to provide
## Adequate Medical Care

50) Each of the Defendants had a duty to provide "Adequate Medical Care" to this plaintiff who suffered and continues to suffer from a serious and obvious Medical Condition. This plaintiff repeatedly complained to the Defendants about his serious medical need and Conditions but Defendants failed and/or refused to summons" the appropriate Medical Care to Address his serious and obvious Medical Condition. When the Defendants were summoned to the plaintiff there was no effort made to Appropriately Address his Conditions or needs. This resulted in a Complete failure on the part of the Defendants to provide the plaintiff with adequate Medical intervention.

51) Despite the Defendant Actual and/or

constructive knowledge of the plaintiffs desperate need for medical care and attention, Defendants failed or refused to provide the plaintiff with the adequate medical assistance. To date the plaintiff medical issues continue to be ignored by the Defendants.

52) As a direct and proximate result of Defendants actions and/or omissions, the plaintiff suffered and continues to suffer great physical pain, great mental pain, and shock to his nervous system. The plaintiff is entitled to relief as set forth in his Request for relief.

53) The Defendants, by and through their "actions and/or inactions" are guilty of recklessness, oppression, malice and/or sadism. As a consequence, plaintiff is entitled to punitive damages.



Pray For Relief.

Whereforr, Plaintiff Respectfully prays that this Court enter Judgment granting:

54) A declaration that the Acts and omissions described herein violated Plaintiff's Rights under the Constitution and Laws of the United States.

55) A Preliminary and Permanent injunction ordering Defendants Kristina "Doe" to provide me Me With my Complete Medical File.

56) A Preliminary and Permanent Injunction ordering Defendants, Shearin, Beamen, Wilbroe, Ottey, and Plury to provide me with a Medical Cell, Since use of a Cane is Restricted inside of Cells At N.B.C.I, or to transfer me to a prison who can Handle my many Medical Requirements.

57) A Preliminary and Permanent injunction ordering these Defendants to start following the outside Doctor's orders of Boo Sellout.

58) That the Court will award Compensatory

DAMAGES in the Amount of 1,000,000 which will Fairly and Reasonably Compensate the Plaintiff for (i) His Physical and Emotional Pain, Suffering, Emotional distress, hardship Shock, Suffering, worry, anxiety, sleepless ness, and TRAUMA. (ii) Future Pain and Suffering that He is Reasonable certain to experience.

59) Punitive DAMAGES in the Amount of 1,000,000 Against the Defendants

60) Nominal DAMAGES in the Amount of 1,000,000 Against the Defendants

All total $3,000,000

a Jury Trial on All issues Triable by Jury

Plaintiff's Cost for filing this Suit.

Any Additional Relief this Court deems Just Proper, and Equitable.

DATE 3.12.2013                                    Sign [signature]

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

MAR 22 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Del Carlos Jacobs
14100 McMullen Hwy
Cumberland, md
                    21502

VERIFICATION                    AW-13-879

I HAVE READ the foregoing Complaint and
hereby as to Matters Alleged therein are
true, Except as to Matters Alleged on Infor
Mation and belief and as to those, I believe
them to be true. I Certify under penalty
of Prejury that the foregoing is true and
Correct.

            Executed at Cumberland,
Maryland on 3.18.2013
                  DATE.

Sign. r